### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **BETHANIA CASTELLON PALMA,** | § § § | |
| Petitioner, | § § | |
| v. | § § | **CAUSE NO. EP-25-CV-693-KC** |
| **MARY DE ANDA YBARRA et al.,** | § § | |
| Respondents. | § § | |

### **ORDER**

On this day, the Court considered the case. On January 6, 2026, the Court granted in part Bethania Castellon Palma's Petition for a Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Jan. 6, 2026, Order 3, ECF No. 5. The Court also ordered Respondents to file notice stating whether Castellon Palma was released from custody and, if not, whether a bond hearing was held and the reasons for the IJ's decision. *Id.* Respondents were required to do so by January 13. *See id.*

On January 12, Respondents filed an Advisory, ECF No. 6, stating that "Petitioner has a Bond Hearing set for January 13, 2026 at 9:00 a.m." Respondents, however, have not since informed the Court of the outcome of the bond hearing and whether Castellon Palma has been released from custody, as required by the Court's Order.

Accordingly, the Court **ORDERS** that, **on or before January 20, 2026**, Respondents shall **FILE** notice informing the Court whether Castellon Palma has been released from custody.

If Castellon Palma has not been released from custody, Respondents shall inform the Court of the IJ's decision and stated reasons for that decision.

**Respondents are CAUTIONED that future unexplained failures to comply with Court orders may result in sanctions**.

**SO ORDERED**.

**SIGNED this 14th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE